**COMMONWEALTH of Pennsylvania ex rel. John H. DANERI, Appellee**

v.

**Ebert Gordon BEEMAN, Appellant.**

Supreme Court of Pennsylvania.

July 5, 2013.

## ORDER

PER CURIAM.

AND NOW, this 5th day of July, 2013, upon consideration of the Motion to Quash Appeal filed on behalf of the Commonwealth, the appeal is dismissed as untimely filed.